UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
Sharon D Knox-Smith                       §     Case No. 14-02638
                                          §
              Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

       Funds were disbursed in the following amounts:

       Payments made under an interim
       disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DEBORAH M. GUTFELD_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-02638 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Sharon D Knox-Smith | | | | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2014 |
| For Period Ending: | 09/24/2014 | | | | Claims Bar Date: | 06/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3631 W 81St Street Chicago, Il 60652 // Surrender | 119,000.00 | 0.00 | | 0.00 | FA |
| 2. 8541 S. Hermitage Ave Chicago, Il 60620 // Inherited From La | 78,416.67 | 0.00 | | 0.00 | FA |
| 3. Chase Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 4. Chase Savings Account | 10.00 | 0.00 | | 0.00 | FA |
| 5. Chase Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 6. Credit Union One Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 7. Used Household Goods & Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 9. Weddings Rings | 450.00 | 0.00 | | 0.00 | FA |
| 10. Whole Life Insurance Policy | 500.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance Policy | 500.00 | 0.00 | | 0.00 | FA |
| 12. Deferred Compensation | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. Pension | 75,000.00 | 0.00 | | 0.00 | FA |
| 14. Ira For Husband (Deceased) | 200,000.00 | 0.00 | | 0.00 | FA |
| 15. 2013 Anticipated Tax Refund | 1,199.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Infiniti M45 4D Sedan Sport (u) | 0.00 | 19,000.00 | | 19,000.00 | FA |
| 17. 2000 Buick LeSabre (u) | 0.00 | 1,474.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $536,775.67 | $20,474.00 | | $19,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Assets are fully administered and claims were recently approved.  Trustee will prepare and submit a TFR to the Office of the U.S. Trustee for review and approval.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-02638 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Sharon D Knox-Smith | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7940 |
| | Checking |
| Taxpayer ID No: XX-XXX5125 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 09/24/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/14 | 16 | Chase Cashier's Check Remitter: Sharon Knox-Smith | Payment per 04.29.14 court order | 1229-000 | $19,000.00 | | $19,000.00 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.04 | $18,979.96 |

| | | |
|---|---|---|
| COLUMN TOTALS | $19,000.00 | $20.04 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,000.00 | $20.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,000.00 | $20.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*           Page Subtotals:           $19,000.00           $20.04

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7940 - Checking | $19,000.00 | $20.04 | $18,979.96 |
| | $19,000.00 | $20.04 | $18,979.96 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $19,000.00 |
| Total Gross Receipts: | $19,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-02638　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: September 24, 2014
Debtor Name: Sharon D Knox-Smith
Claims Bar Date: 6/19/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 100 2100 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Administrative Payment Status: Valid To Pay | | $0.00 | $2,370.32 | $2,370.32 |
| 100 3110 | Perkins Coie LLP 131 S. Dearborn St., Suite 1700 Chicago, IL 60603-5559 | Administrative Payment Status: Valid To Pay | | $0.00 | $704.00 | $704.00 |
| 4 280 5800 | Department Of Treasury-Internal Revenue Service Po Box 7346 Philadephia, Pa 19114 | Priority Payment Status: Valid To Pay | Date Filed: 06/05/2014 | $0.00 | $4,999.00 | $4,999.00 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured Payment Status: Valid To Pay | Date Filed: 03/21/2014 | $0.00 | $449.87 | $449.87 |
| 2 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured Payment Status: Valid To Pay | Date Filed: 03/27/2014 | $0.00 | $144.41 | $144.41 |
| 3 300 7100 | Credit Union 1 450 E. 22Nd Street, Suite 250 Lombard, Il 60148 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/09/2014 | $0.00 | $564.20 | $564.20 |
| 5 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/08/2014 | $0.00 | $2,073.77 | $2,073.77 |
| 6 350 7200 | N. A. Chase Bank Usa Chase Bank Usa, N.A. Attn: Correspondence Dept. P.O. Box 15298 Wilmington, De 19850-5298 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/10/2014 | $0.00 | $208.79 | $208.79 |
| 7 350 7200 | N. A. Chase Bank Usa Chase Bank Usa, N.A. C/O Kevin C. Driscoll, Jr., Barnes & Thornburg Llp, 1 North Wacker Drive, Suite 4400, Chicago, Il 60606 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/16/2014 | $0.00 | $4,660.97 | $4,660.97 |
| | Case Totals | | | $0.00 | $16,175.33 | $16,175.33 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1　　　　　　　　　　　　　　　　　　　　　　Printed: September 24, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-02638
Debtor Name: Sharon D Knox-Smith
Claims Bar Date: 6/19/2014

Date: September 24, 2014

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-02638
Case Name: Sharon D Knox-Smith
Trustee Name: DEBORAH M. GUTFELD

  Balance on hand  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ | $ | $ |
| Attorney for Trustee Fees: Perkins Coie LLP | $ | $ | $ |

 Total to be paid for chapter 7 administrative expenses $_____

 Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Department Of Treasury- Internal Revenue Service | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 2 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 3 | Credit Union 1 | $ | $ | $ |
| 5 | Capital Recovery V, Llc | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | N. A. Chase Bank Usa | $ | $ | $ |
| 7 | N. A. Chase Bank Usa | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance                                          $_____

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $         .