# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　　§
Sharon D Knox-Smith　　　　　§　　Case No. 14-02638
　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　219 S. Dearborn Street
　　　　　　　　Chicago, IL  60604
　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 9:30 a.m. on October 16, 2014 in courtroom 680 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　By: __Deborah M. Gutfeld_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Sharon D Knox-Smith                 §        Case No. 14-02638
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 19,000.00 |
| and approved disbursements of | $ | 20.04 |
| leaving a balance on hand of[1] | $ | 18,979.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 2,370.32 | $ 0.00 | $ 2,370.32 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 704.00 | $ 0.00 | $ 704.00 |

Total to be paid for chapter 7 administrative expenses      $   3,074.32
Remaining Balance                                            $  15,905.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,999.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Department Of Treasury-Internal Revenue Service | $ 4,999.00 | $ 0.00 | $ 4,999.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 4,999.00 |
| Remaining Balance | $ | 10,906.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,232.25  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 449.87 | $ 0.00 | $ 449.87 |
| 2 | Quantum3 Group Llc As Agent For | $ 144.41 | $ 0.00 | $ 144.41 |
| 3 | Credit Union 1 | $ 564.20 | $ 0.00 | $ 564.20 |
| 5 | Capital Recovery V, Llc | $ 2,073.77 | $ 0.00 | $ 2,073.77 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,232.25 |
| Remaining Balance | $ | 7,674.39 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,869.76  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | N. A. Chase Bank Usa | $ 208.79 | $ 0.00 | $ 208.79 |
| 7 | N. A. Chase Bank Usa | $ 4,660.97 | $ 0.00 | $ 4,660.97 |
| | Total to be paid to tardy general unsecured creditors | | $ | 4,869.76 |
| | Remaining Balance | | $ | 2,804.63 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 7.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,796.81 .

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-02638-JPC
Sharon D Knox-Smith                                                     Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 1           Date Rcvd: Sep 25, 2014
                              Form ID: pdf006             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2014.
db           +Sharon D Knox-Smith,    8541 S. Hermitage Ave,    Chicago, IL 60620-4743
21464690    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
21464691     +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21464692     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22146503      Chase Bank USA, N.A.,    Attn: Correspondence Dept.,    P.O. Box 15298,
              Wilmington, DE 19850-5298
21464694     +Chase Mortgage,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
21464695     +Citi-Bp Oil,   Po Box 6497,    Sioux Falls, SD 57117-6497
21464696     +Comenity Bank/Ashstwrt,    Po Box 182789,    Columbus, OH 43218-2789
21464697     +Comenity Bank/Avenue,    Po Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22027837      E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2014 00:56:20     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21774656     +E-mail/Text: group_legal@creditunion1.org Sep 26 2014 00:53:25     Credit Union 1,
              450 E. 22nd Street, Suite 250,    Lombard, IL 60148-6176
21464698     +E-mail/Text: group_legal@creditunion1.org Sep 26 2014 00:53:25     Credit Union 1,
              200 E Champaign Ave,    Rantoul, IL 61866-2940
22016337     +E-mail/Text: cio.bncmail@irs.gov Sep 26 2014 00:51:41
              Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadephia, PA 19101-7346
21464699     +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 00:57:10     Gecrb/Sams Club Dc,
              Po Box 965005,   Orlando, FL 32896-5005
21689991      E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2014 00:52:02
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21464693*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
22169179*     Chase Bank USA, N.A.,   Attn: Correspondence Dept,   POB 15298,   Wilmington, DE 19850-5298
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2014 at the address(es) listed below:
          Deborah Michelle Gutfeld     gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com
          Janna L Quarless    on behalf of Debtor Sharon D Knox-Smith jquarless@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Jordan Galassie    on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Marcie C Venturini    on behalf of Debtor Sharon D Knox-Smith mventurini@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick Semrad    on behalf of Debtor Sharon D Knox-Smith psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni Dillon    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc. tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7