UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Sharon D Knox-Smith § Case No. 14-02638
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DEBORAH M. GUTFELD _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sharon D Knox-Smith |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |
|  | Chase Mortgage 10790 Rancho Bernardo Rd San Diego, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| Perkins Coie LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Department Of Treasury- Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi-Bp Oil Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Comenity Bank/Ashstwrt Po Box 182789 Columbus, OH 43218 | | | | | |
| | Comenity Bank/Avenue Po Box 182789 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Credit Union 1 200 E Champaign Ave Rantoul, IL 61866 |  |  |  |  |  |
|  | Gecrb/Sams Club Dc Po Box 965005 Orlando, FL 32896 |  |  |  |  |  |
| 5 | Capital Recovery V, Llc |  |  |  |  |  |
| 3 | Credit Union 1 |  |  |  |  |  |
| 1 | Quantum3 Group Llc As Agent For |  |  |  |  |  |
| 2 | Quantum3 Group Llc As Agent For |  |  |  |  |  |
| 6 | N. A. Chase Bank Usa |  |  |  |  |  |
| 7 | N. A. Chase Bank Usa |  |  |  |  |  |
|  | Capital Recovery V, Llc |  |  |  |  |  |
|  | Credit Union 1 |  |  |  |  |  |
|  | Department Of Treasury- Internal Revenue Service |  |  |  |  |  |
|  | N. A. Chase Bank Usa |  |  |  |  |  |
|  | Quantum3 Group Llc As Agent For |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-02638 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Sharon D Knox-Smith | | | | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2014 |
| For Period Ending: | 02/05/2015 | | | | Claims Bar Date: | 06/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  3631 W 81St Street Chicago, Il 60652 // Surrender | 119,000.00 | 0.00 | | 0.00 | FA |
| 2.  8541 S. Hermitage Ave Chicago, Il 60620 // Inherited From La | 78,416.67 | 0.00 | | 0.00 | FA |
| 3.  Chase Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 4.  Chase Savings Account | 10.00 | 0.00 | | 0.00 | FA |
| 5.  Chase Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 6.  Credit Union One Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 7.  Used Household Goods & Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 8.  Used Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 9.  Weddings Rings | 450.00 | 0.00 | | 0.00 | FA |
| 10. Whole Life Insurance Policy | 500.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance Policy | 500.00 | 0.00 | | 0.00 | FA |
| 12. Deferred Compensation | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. Pension | 75,000.00 | 0.00 | | 0.00 | FA |
| 14. Ira For Husband (Deceased) | 200,000.00 | 0.00 | | 0.00 | FA |
| 15. 2013 Anticipated Tax Refund | 1,199.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Infiniti M45 4D Sedan Sport (u) | 0.00 | 19,000.00 | | 19,000.00 | FA |
| 17. 2000 Buick LeSabre (u) | 0.00 | 1,474.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $536,775.67       $20,474.00       $19,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Assets are fully administered and claims were recently approved.  Trustee will prepare and submit a TFR to the Office of the U.S. Trustee for review and approval.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2014

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02638 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Sharon D Knox-Smith | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX7940 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5125 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 02/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/14 | 16 | Chase<br>Cashier's Check<br>Remitter: Sharon Knox-Smith | Payment per 04.29.14 court order | 1229-000 | $19,000.00 | | $19,000.00 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.04 | $18,979.96 |
| 10/16/14 | 101 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,370.32 | $16,609.64 |
| 10/16/14 | 102 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $704.00 | $15,905.64 |
| 10/16/14 | 103 | Department Of Treasury-Internal Revenue Service<br>Po Box 7346<br>Philadephia, Pa 19114 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $5,001.98 | $10,903.66 |
| | | | ($2.98) | 7990-000 | | | |
| | | Department Of Treasury-Internal Revenue Service | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($4,999.00) | 5800-000 | | | |
| 10/16/14 | 104 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $450.14 | $10,453.52 |
| | | | ($0.27) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($449.87) | 7100-000 | | | |
| 10/16/14 | 105 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $144.50 | $10,309.02 |
| | | | ($0.09) | 7990-000 | | | |

Page Subtotals: $19,000.00  $8,690.98

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-02638 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Sharon D Knox-Smith | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7940 |
| | Checking |
| Taxpayer ID No: XX-XXX5125 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 02/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($144.41) 7100-000 | | | |
| 10/16/14 | 106 | Credit Union 1<br>450 E. 22Nd Street, Suite 250<br>Lombard, Il 60148 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $564.54 | $9,744.48 |
| | | | ($0.34) | 7990-000 | | | |
| | | Credit Union 1 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($564.20) 7100-000 | | | |
| 10/16/14 | 107 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $2,075.01 | $7,669.47 |
| | | | ($1.24) | 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($2,073.77) 7100-000 | | | |
| 10/16/14 | 108 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, De 19850-5298 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $208.91 | $7,460.56 |
| | | | ($0.12) | 7990-000 | | | |
| | | N. A. Chase Bank Usa | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($208.79) 7200-000 | | | |
| 10/16/14 | 109 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>C/O Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg Llp,<br>1 North Wacker Drive, Suite 4400,<br>Chicago, Il 60606 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $4,663.75 | $2,796.81 |
| | | | ($2.78) | 7990-000 | | | |
| | | | Page Subtotals: | | $0.00 | $7,512.21 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-02638 | Trustee Name: | DEBORAH M. GUTFELD |
| --- | --- | --- | --- |
| Case Name: | Sharon D Knox-Smith | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX7940 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5125 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 02/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | N. A. Chase Bank Usa | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($4,660.97) 7200-000 | | | |
| 10/16/14 | 110 | Sharon D Knox-Smith 8541 S. HERMITAGE AVE CHICAGO, IL 60620 | Distribution of surplus funds to debtor. | 8200-002 | | $2,796.81 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $19,000.00 | $19,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,000.00 | $19,000.00 |
| Less: Payments to Debtors | $0.00 | $2,796.81 |
| Net | $19,000.00 | $16,203.19 |

Page Subtotals:  $0.00  $2,796.81

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7940 - Checking | $19,000.00 | $16,203.19 | $0.00 |
| | $19,000.00 | $16,203.19 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $19,000.00 |
| Total Gross Receipts: | $19,000.00 |

Page Subtotals:     $0.00     $0.00